UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 17-22144-CIV-Cooke/Goodman

**Shkelzen Berisha**
         **Plaintiff,**
**vs.**

**Guy Lawson, et al.**
         **Defendant.**
_____/

### CLERK'S NOTICE OF MEDIATOR DESIGNATION

In accordance with S.D. Fla. L.R. 16.2 (d) (1) (b), the certified mediator identified below is hereby designated to serve as the mediator in this case:

Allene D. Nicholson
Florida Mediation Group, Inc.
44 West Flagler Street
19th Floor
Miami, FL 33130
Telephone: 305-579-9990
Facsimile: 305-579-9991
Email: allenenicholson@gmail.com

The Certified Mediator shall be compensated in accordance with Administrative Order 2008-08 ("in cases where the parties have not agreed on the selection of a mediator which results in the Clerk of the Court designating a mediator on a blind rotating basis ... such designated mediators shall be compensated at the rate of Two Hundred Fifty Dollars ($250) per hour, which includes the mediator's time preparing for and conducting the mediation."). See also S.D. Fla. L.R. 16.2 (b) (7) ("All mediation fees ... shall be due within forty-five (45) days of invoice and shall be enforceable by the Court upon motion.")

Pursuant to S.D. Fla. L.R. 16.2(d)(2), Plaintiff's counsel (or another attorney agreed upon by all counsel of record) shall be responsible for coordinating the mediation conference date and location agreeable to the mediator and all counsel of record. Plaintiff's Counsel in this case is identified below:

Jeffrey W. Gutchess
AXS Law Group
1850 Purdy Avenue
Miami Beach, FL 33139
Telephone: 305-389-3646
Email: jeff@axslawgroup.com

DONE at the Federal Courthouse Square, Miami, Florida this 16th day of October, 2017.

         STEVEN M. LARIMORE
         Court Administrator • Clerk of Court

         By: s/Peggy Johnson
         Deputy Clerk

Copies to:
The Honorable Marcia G. Cooke, United States District Judge
All Counsel of Record and/or Pro Se Parties
Allene D. Nicholson, Certified Mediator (Copy Mailed)         Rev. 2013-01