UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-22144-Civ-COOKE/LOUIS

SHKELZEN BERISHA,

    Plaintiff,

vs.

GUY LAWSON, *et al.*,

    Defendants.

_____/

## JUDGMENT

    Pursuant to Federal Rule of Civil Procedure 58 and this Court's Order Granting Defendants' Motion for Summary Judgment (ECF No. 193), **JUDGMENT** is hereby entered in favor of Defendants Guy Lawson, Alexander Podrizki, David Packouz, Simon & Schuster, Inc., and Recorded Books, Inc., and against Plaintiff Shkelzen Berisha.

    **DONE and ORDERED** in chambers, at Miami, Florida, this 30th day of April 2019.

*[Signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lauren Fleischer Louis, U.S. Magistrate Judge*
*Counsel of record*