# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

July 2, 2021

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

17CV22144-MGC

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

FILED BY ___AP___ D.C.
Jul 2, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REC'D BY ___AP___ D.C.
Jul 7, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re:  Shkelzën Berisha
v. Guy Lawson, et al.
No. 20-1063
(Your No. 19-10315)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.  Justice Thomas, dissenting from the denial of certiorari.  Justice Gorsuch, dissenting from the denial of certiorari.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk